**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

J JESUS GONZALEZ-URIBE, a.k.a.
Reymundo Tadeo-Arroyo,

          Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

          Respondent.

No. 06-75832

Agency No. A035-551-188

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

    J Jesus Gonzalez-Uribe, a native and citizen of Mexico, petitions for review
of the Board of Immigration Appeals' order dismissing his appeal from an
immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252,
and we grant the petition for review and remand for further proceedings.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

The agency determined that petitioner was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his 1984 convictions for violating California Penal Code § 288(a). Subsequent to the agency's decision in this case, we held in *Ledezma-Galicia v. Holder*, Nos. 03-73648, 04-35048, 2010 WL 5174979 (9th Cir. Dec. 22, 2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma-Galicia*.

In light of our disposition, we need not address Gonzalez-Uribe's remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**